UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                    Chapter 7

JOSEPH BERENHOLZ,                   Case No. 18-43655-mlo

        Debtor.                                      Hon. Maria L. Oxholm
_____/

## MEDIATOR'S CERTIFICATION PURSUANT TO L.B.R. 7016-2(a)(7)(E.D.M.)

The mediator hereby certifies that mediation:

- [X] was conducted in compliance with L.B.R. 7016-2

- [ ] was not conducted in compliance with L.B.R.7016-2 because

    - [ ] the parties settled prior to the mediation; or

    - [ ] for the following reason: _____.

As a result of the mediation, the parties:

- [X] achieved a settlement,

    - [ ] and signed a written settlement memorandum.

    - [X] and did not sign a written settlement memorandum.

- [ ] did not achieve a settlement.

                                 MADDIN, HAUSER, ROTH & HELLER, P.C.

                                 By:   */s/ Julie Beth Teicher*
                                        Julie Beth Teicher, Mediator
                                        28400 Northwestern Hwy., 2nd Fl.
                                        Southfield, MI  48034
                                        (248) 354-4030
                                        jteicher@maddinhauser.com

DATED:   April 1, 2019