UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSEPH BERENHOLZ,　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　Case No. 18-43655-MLO
　　Debtor.　　　　　　　　　　　　　　　　　Hon. Maria L. Oxholm
_____/

**ORDER AUTHORIZING COMPROMISE OF CLAIMS AGAINST DEBTOR**

　　　　This matter came before the Court upon the Stipulation for Entry of Order Authorizing Compromise of Claims Against Debtor (Docket #222, "the Stipulation") and the Trustee's Motion for Order Authorizing Trustee to Compromise Claims Against Debtor (Docket #223, "the Motion"). The Motion and related notice to creditors were served on all parties on the matrix of creditors and the U.S. Trustee. No objections to the Motion were timely filed and served. The Court finds the relief requested is in the best interest of the bankruptcy estate, creditors and other parties in interest. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(1) and 1334. This proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), (E) & (J). Venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court is otherwise duly advised in the premises.

　　　　IT IS HEREBY ORDERED as follows:

　　　　1.　　The Motion is granted.

　　　　2.　　Joseph Berenholz is liable to and shall pay the bankruptcy estate $60,000.00 ("the Liability"). The Liability may be satisfied as follows: $1,000.00 upon execution of the Stipulation and the balance by equal monthly payments of $800.00 beginning on May 1, 2019, and on the first day of each consecutive month thereafter until the balance of the Liability is paid in full. All checks shall be made payable to Karen Evangelista Trustee of Berenholz" delivered

in c/o Elias T. Majoros, Esq., 24901 Northwestern Hwy., Suite 444, Southfield, Michigan 48075. In the event of any default, the Trustee shall provide Joseph Berenholz and his counsel Erika D. Hart (via email only) with written notice of default. If the default is not cured within ten (10) calendar days after the date on which Trustee serves his written notice of default to Joseph Berenholz then the Trustee will be entitled to take collection action against Joseph Berenholz as well as any tangible and intangible personal property of Joseph Berenholz claimed exempt, under this Order as a judgment pursuant to Fed. R. Civ. P. 69(a) for the balance of the Liability along with reasonable attorney's fees incurred in collection of the Liability following default, less the amount of any payments made under this Order.

3. Upon entry of this Order, Joseph Berenholz shall have no further liability to the bankruptcy estate under the November 27, 2018 Order found at docket number 167.

4. Upon entry of this Order and satisfaction of the Liability, the Trustee and bankruptcy estate waive and release any claims against Joseph Berenholz's financial accounts disclosed on amended Schedules A/B, accounts receivable, tools of the trade and related medical equipment of any kind, clothing, household furnishings, jewelry, Laser Vaginal Rejuvenation Institute of Michigan, PLLC and Joseph Berenholz MD PLLC ("the Release"). The Release does not include proceeds of property previously collected by the Trustee, property of the bankruptcy estate in possession of the Trustee available for liquidation, property previously administered by the Trustee, the bankruptcy estate's interest in any unscheduled property of the bankruptcy estate, the bankruptcy estate's interest in Berlin Property, LLC and any other property of the bankruptcy estate not specifically included in the Release.

5. The Trustee and the Joseph Berenholz shall cooperate with respect to the pursuit and/or prosecution of any legal malpractice claims for damages arising from legal services

performed on behalf of Joseph Berenholz both pre-petition and post-petition, the net proceeds of which shall be split equally between the bankruptcy estate of Joseph Berenholz and Joseph Berenholz.

6. After the parties have executed the Stipulation the Trustee shall promptly file a Notice of Pending Settlement in adversary proceeding number 18-04550.

7. After the parties have executed the Stipulation the Trustee and Joseph Berenholz will file a joint statement for dismissal the Trustee's complaint against Joseph Berenholz in adversary proceeding number 18-04550 with prejudice and without costs to either party.

8. Upon entry of this Order Joseph Berenholz waives and releases any and all claims of any kind against the Trustee and the bankruptcy estate.

9. The Trustee may execute such documents and agreements and perform such acts on behalf of the bankruptcy estate as may be necessary and appropriate to implement, effectuate, and consummate the provisions of this Order.

10. Notwithstanding the provisions of Rule 62(a) of the Federal Rules of Civil Procedure and/or any other applicable rule or statutory provision, this Order shall not be stayed for fourteen (14) days after the entry hereof, but shall be effective and enforceable immediately upon entry hereof.

**Signed on April 23, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge