UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

JOSEPH BERENHOLZ,                         Chapter 7
                                                Case No. 18-43655-MLO
      Debtor.                               Hon. Maria L. Oxholm
_____/

## ORDER AUTHORIZING COMPROMISE OF CLAIMS

This matter came before the Court upon the Stipulation for Entry of Order Authorizing Compromise of Claims (Docket #220, "the Stipulation") and the Trustee's Motion for Order Authorizing Trustee to Compromise Claims (Docket #221, "the Motion"). The Motion and related notice to creditors were served on all parties on the matrix of creditors and the U.S. Trustee. No objections to the Motion were timely filed and served. The Court finds the relief requested is in the best interest of the bankruptcy estate, creditors and other parties in interest. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(1) and 1334. This proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B) & (H). Venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court is otherwise duly advised in the premises.

       IT IS HEREBY ORDERED as follows:

1.      The Motion is granted.

2.      Melissa Berenholz is liable to and shall pay the bankruptcy estate $87,263.91 ("the settlement amount"). Melissa Berenholz shall pay the bankruptcy estate $87,263.91 within fourteen (14) days after entry of this Order. Melissa Berenholz shall fund the settlement amount from her Individual Retirement Accounts at Fidelity Investments, accounts xxxx5987 or xxxx5988, and/or from a loan from one or more family members ("the Family Loan") to the

extent necessary to comply with the terms of this Order,. Melissa Berenholz shall provide the Trustee with proof of funds to pay the settlement amount, including a copy of the application for funds from her retirement account and/or proof of funds from the Family Loan within fourteen (14) days after execution of the Stipulation. All checks shall be made payable to "Karen Evangelista Trustee of Berenholz" delivered in c/o Elias T. Majoros, Esq., 24901 Northwestern Hwy., Suite 444, Southfield, Michigan 48075.

3. Upon entry of this Order and satisfaction of the settlement amount, the Trustee and bankruptcy estate waive and release any and all existing causes of action, debts, liability and claims of any kind whether known, unknown, previously asserted or not against Melissa Berenholz. Upon entry of this Order and satisfaction of the settlement amount, the Trustee and bankruptcy estate also waive and release any claim or interest in the real property located at 1778 Hilltop, Milford, Michigan. Upon entry of this Order and payment of the settlement amount the bankruptcy estate's ownership interest in the real property located at 1778 Hilltop, Milford, Michigan shall be deemed abandoned at that time without further Order of the Court.

4. After the parties have executed the Stipulation for Entry of Order Authorizing Trustee to Compromise Claims, the Trustee shall promptly file Notices of Pending Settlement in adversary proceeding numbers 18-04522 and 19-4001.

5. Upon entry of this Order and the Trustee's satisfaction of the settlement amount, the Trustee will dismiss her two (2) complaints against Melissa Berenholz in adversary proceeding numbers 18-04522 and 19-4001 with prejudice and without costs to either party.

6. Upon Entry of this Order and except as provided below, Melissa Berenholz waives and releases any and all claims of any kind against the Trustee and the bankruptcy estate.

7. The Trustee may execute such documents and agreements and perform such acts on behalf of the bankruptcy estate as may be necessary and appropriate to implement, effectuate, and consummate the provisions of this order.

8. Notwithstanding the provisions of Rule 62(a) of the Federal Rules of Civil Procedure and/or any other applicable rule or statutory provision, this Order shall not be stayed for fourteen (14) days after the entry hereof, but shall be effective and enforceable immediately upon entry hereof.

**Signed on April 23, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge